NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  SHEIKHA LATEEFAH ALSABAH,**

*Appellant*

---

2016-1788

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/186,798.

---

**JUDGMENT**

---

DAVID E. DOUGHERTY, Hauptman Ham, LLP, Alexandria, VA, argued for appellant. Also represented by SEAN A. PASSINO, AMIR H. BEHNIA, MARTIN JAMES COSENZA, II.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  February 27, 2017                         /s/ Peter R. Marksteiner
          Date                              Peter R. Marksteiner
                                            Clerk of Court